# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MICHAEL ANDREW KITCHEN,

      Plaintiff,

v.                          Case No. 25-cv-13590

                          Hon. Jonathan J.C. Grey

JEREMY BUSH, et al.,

      Defendants.

_____/

## JUDGMENT

The above-entitled matter having come before the Court, the Honorable Jonathan J.C. Grey, United States District Judge, presiding, and in accordance with the Order entered on this date;

**IT IS ORDERED AND ADJUDGED** that Plaintiffs' civil complaint is **DISMISSED WITH PREJUDICE**.

**SO ORDERED.**

                        **s/ Jonathan J.C. Grey**
                        Jonathan J.C. Grey
Dated April 17, 2026      United States District Judge

## Certificate of Service

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 17, 2026.

**s/ S. Osorio**
Sandra Osorio
Case Manager

2